In the Matter of the Estate of WILLIAM H. DUNN, Deceased.
CHARLOTTE D. HEMINGWAY et al., Appellants; UNION TRUST COMPANY OF ROCHESTER, as Executor of WILLIAM H. DUNN, Deceased, Respondent.

Submitted January 13, 1942; decided March 5, 1942.

*Denis B. Maduro* for Charlotte D. Hemingway, appellant.
*John E. Keenan*, special guardian, for Robert R. Rossiter, appellant.

*Kenneth B. Keating, Andrew L. Gilman* and *Keith D. Poland* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.